SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

FILED

MAR 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | 2:16-MJ-062 KJN |
| v. | SEALING ORDER |
| OSVALDO HERNANDEZ, HECTOR GONZALEZ, CHRISTOPHER MCCURIN, NOE BAEZA-BRAVO AND VIDAL GONZALEZ, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: March 15, 2016

_____
KENDALL J. NEWMAN
United States Magistrate Judge