BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>OSVALDO HERNANDEZ,<br>HECTOR GONZALEZ,<br>CHRISTOPHER MCCURIN,<br>NOE BAEZA-BRAVO and<br>VIDAL GONZALEZ,<br><br>                        Defendants. | CASE NO. 2:16-MJ-0062 KJN<br><br>[PROPOSED] ORDER FOR UNSEALING COMPLAINT |

The government's request to unseal the complaint and this case is GRANTED.

Dated: March 17, 2016

_____
~~KENDALL J. NEWMAN~~
U.S. Magistrate Judge

Carolyn K. Delaney
U.S. Magistrate Judge