UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 18, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:16-mj-00062-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| OSVALDO HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Osvaldo Hernandez</u>; Case <u>2:16-mj-00062-KJN</u> from custody and for the following reasons:

\_\_    Release on Personal Recognizance

\_\_    Bail Posted in the Sum of _____

<u>X</u>    Unsecured Appearance Bond in the amount of $100,000.00, cosigned

by defendants parents Lorenzo Hernandez and Yolanda Munoz

\_\_    Appearance Bond with 10% Deposit

\_\_    Appearance Bond in the amount of

\_\_    Corporate Surety Bail Bond

<u>X</u>    (Other) <u>Pretrial Supervision/Conditions:</u> **defendant to be released on**

**Monday 3/21/2016 at 9:00 AM to the custody of Pretrial Services**

Issued at <u>Sacramento, CA</u> on \_\_\_\_\_<u>3/18/2016</u>\_\_\_\_\_ at *2:20 p.m.*

By _____

Kendall J. Newman
United States Magistrate Judge