1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2800

FILED

APR 1 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE AND ELECTRONIC COMMUNICATIONS RELATED TO:<br><br>323-489-9483 | 2:15-sw-0473-JAM<br>2:16-cr-00067-JAM<br><br>[PROPOSED]<br>ORDER AUTHORIZING DISCLOSURE OF SEALED WIRE AND ELECTRONIC INTERCEPTION MATERIALS AND ENTERING A PROTECTIVE ORDER |

### ORDER

The United States has applied to the Court for an order pursuant to 18 U.S.C. §§ 2518(8)(b) and 2518(9), to disclose portions of the Order on September 14, 2015, in case number 2:15-sw-0473-JAM, which authorized the interception of wire and electronic communications related to telephone number 323-489-9483.  The Court sealed this wire and electronic interception Order and its accompanying application and affidavit, as well as the recordings intercepted as a result of the Court's Order.

///

Based upon the facts and representations set forth in the government's Application, the Court finds that good cause exists to permit the United States to disclose the sealed wire and electronic interception Order, application, affidavit, and recordings in this case to the defense counsel in the pending criminal matter, United States v. Hernandez, et al., Case 2:16-cr-00067-JAM, based upon the disclosure requirements of 18 U.S.C. § 2518(9). Therefore:

IT IS HEREBY ORDERED that portions of the above-referenced order, applications, affidavits, and recordings may be disclosed to the defense by the United States in the action of United States v. Hernandez, et al., Case 2:16-cr-00067-JAM, pursuant to 18 U.S.C. § 2518(9), and for any other purpose required by Chapter 119 of Title 18, United States Code.

The Court further finds that the United States has shown good cause to keep the above-referenced Order, application, affidavit, and recordings under seal and subject to a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1) because public disclosure and wide dissemination of the wire and electronic interception order, applications, affidavits, and recordings in this case could jeopardize the safety of confidential informants and undercover law enforcement officers, as well as ongoing criminal investigations. Therefore:

IT IS FURTHER ORDERED THAT pursuant to Federal Rule of Criminal Procedure 16(d)(1) portions of the above-referenced Order, application, affidavit, and recordings may be disclosed to defense counsel of record in United States v. Hernandez, et al., Case 2:16-cr-00067-JAM, as long as such disclosures are made solely for the purpose of preparing a defense to the charges pending in that case.

Specifically, said disclosures may be made by counsel of record for a defendant in this matter to: (a) the defendant represented by counsel of record, (b) other counsel of record in the pending case, (c) his or her legal associates, paralegals, stenographic, and clerical employees involved in the defense of this case, (d) persons identified in the materials to be disclosed as present during the reported transaction or a participant therein, and (e) other persons only upon order of the Court upon a showing of particularized need; provided that nothing in this order shall prevent defense counsel from disclosing said materials to a potential witness for the defense where defense counsel has a good faith basis to believe that such disclosure is necessary to the proper preparation of the defense.

IT IS FURTHER ORDERED THAT counsel of record for the defense in United States v. Hernandez, et al., Case 2:16-cr-00067-JAM, shall not make any disclosure as provided in the foregoing paragraph without first providing the person to whom the disclosure will be made with a copy of the Court's Order and receiving that person's written acknowledgment that he or she is bound by the terms of this Order after having read the Order and having its contents fully explained by counsel of record making the disclosure.

///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED THAT the government may provide redacted copies of the application, affidavit, and order as set out in the government's Application.  The Ex Parte Application of the United States shall remain under seal.

DATED: April 12, 2016

_____
Hon. JOHN A. MENDEZ
United States District Judge