BENJAMIN B. WAGNER
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>OSVALDO HERNANDEZ,<br>HECTOR GONZALEZ,<br>CHRISTOPHER MCCURIN,<br>NOE BAEZA-BRAVO, and<br>VIDAL GONZALEZ,<br><br>                          Defendants. | CASE NO. 2:16-CR-00067-JAM<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME;<br>FINDINGS AND ORDER<br><br>DATE: n/a<br>TIME:  n/a<br>COURT: Hon. John A. Mendez |

**STIPULATION REGARDING EXCLUDABLE TIME**

Plaintiff United States of America, by and through its counsel of record, and the defendants in this case, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this case was set for a status conference at 9:15 AM on May 24, 2016. *See* ECF 44.  The parties did not then seek any order excluding time under the Speedy Trial Act.  *See id.*

2.      Now, the parties propose to maintain that same date for the status conference, but seek an order excluding time under the Speedy Trial Act, from the date of this stipulation up to and including the May 24, 2016 status conference.  Specifically, by this stipulation, the defendants now move to exclude time between April 19, 2016, and May 24, 2016, under Local Codes T4 and T2.

///

3.     To that end, the parties agree and stipulate as follows, and request that the Court so find:

a)     The government has represented that the discovery associated with this wiretap case is extensive, and includes: approximately 132 CDs/DVDs of audio recordings, surveillance, wiretap intercepts, and post-arrest interviews; approximately 19 additional CDs/DVDs of video recordings; hundreds of pages of investigative reports and related documents; and dozens of items of real evidence, including alleged firearms and narcotics seized in the course of the investigation.

b)     As of April 19, 2016, this discovery has been either produced directly to counsel, and/or made available for inspection and copying, with the exception of the video recordings, which have been made available for inspection only while the government works to prepare redacted copies of the video recordings for dissemination to defense counsel and their clients.

c)     The government anticipates having additional discovery to produce pursuant to its ongoing discovery obligations.

d)     In light of this, defense counsel desire additional time to consult with their clients; to review the current charges; to conduct investigation and research related to the charges; to review the extensive discovery in this matter, including real evidence; to discuss potential resolutions with their clients; and to otherwise prepare for trial.  Defense counsel believe that failure to grant the above-requested relief would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

e)     Further, defense counsel believe that the volume of discovery in this case qualifies it as a complex case within the meaning of 18 U.S.C.§ 3161(h)(7)(A) & (B)(i).

f)     The government does not oppose the relief sought.

g)     Based on the above-stated findings, the ends of justice served by granting the relief requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 19, 2016 to May 24, 2016, inclusive, should therefore deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

[Local Code T4] and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) [Local Code T2] because it results from a request for excludable delay granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Remainder of page blank*.]

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 19, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ ROSS K. NAUGHTON
                                          ROSS K. NAUGHTON
                                          Assistant United States Attorney

Dated:  April 19, 2016                    /s/ NOA OREN
                                          NOA OREN
                                          Counsel for Defendant
                                          OSVALDO HERNANDEZ

Dated:  April 19, 2016                    /s/ OLAF HEDBERG
                                          OLAF HEDBERG
                                          Counsel for Defendant
                                          HECTOR GONZALEZ

Dated:  April 19, 2016                    /s/ SHARI RUSK
                                          SHARI RUSK
                                          Counsel for Defendant
                                          CHRISTOPHER MCCURIN

Dated:  April 19, 2016                    /s/ GILBERT ROQUE
                                          GILBERT ROQUE
                                          Counsel for Defendant
                                          NOE BAEZA-BRAVO

Dated:  April 19, 2016                    /s/ CLEMENTE JIMÉNEZ
                                          CLEMENTE JIMÉNEZ
                                          Counsel for Defendant
                                          VIDAL GONZALEZ

------------------------------------------------------------------------

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of April, 2016

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE