HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00067-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| OSVALDO HERNANDEZ et al, | Date: May 24, 2016 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Ross Naughton Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Osvaldo Hernandez, Olaf Hedberg, attorney for Hector Gonzalez, Shari Rusk, attorney for Christopher McCurin, Patrick Hanly, attorney for Noe Baeza-Bravo, and Clemente Jimenez, attorney for Vidal Gonzalez, that the status conference, currently scheduled for May 24, 2016, be continued to August 23, 2016 at 9:15 a.m.

Defense counsel received a few hundred pages of discovery on April 20, 2016, comprising of nearly all investigative reports in this case. Further, the government anticipates producing a large amount of video and audio discovery for defense counsel. Thus, defense counsel requires additional time to review discovery with the defendant and pursue investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 23, 2016;  pursuant to 18 U.S.C.

1    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2    based upon continuity of counsel and defense preparation.

3            Counsel and the defendant also agree that the ends of justice served by the Court granting

4    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5                                            Respectfully submitted,

6    Dated:  May 19, 2016                    HEATHER E. WILLIAMS
                                             Federal Defender
7
                                             */s/ Noa E. Oren*
8                                            NOA E. OREN
                                             Assistant Federal Defender
9                                            Attorney for Osvaldo Hernandez

10   Dated: May 19, 2016                     */s/ Olaf W. Hedberg*
                                             OLAF W. HEDBERG
11                                           Attorney for Hector Gonzalez

12   Dated: May 19, 2016                     */s/ Shari Gail Rusk*
                                             SHARI GAIL RUSK
13                                           Attorney for Christopher McCurin

14   Dated: May 19, 2016                     */s/ Patrick Keith Hanly*
                                             PATRICK KEITH HANLY
15                                           Attorney for Noe Baeza-Bravo

16   Dated: May 19, 2016                     */s/ Clemente Jimenez*
                                             CLEMENTE JIMENEZ
17                                           Attorney for Vidal Gonzalez

18

19   Dated: May 19, 2016                     PHILLIP A. TALBERT
                                             Acting United States Attorney
20
                                             */s/ Ross Naughton*
21                                           ROSS NAUGHTON
                                             Assistant U.S. Attorney
22                                           Attorney for Plaintiff

23

24

25

26

27

28

Stipulation to Continue and Exclude Time          -2-                    *U.S. v Hernandez, 16-cr-67*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

#### ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 23, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 24, 2016 status conference  shall be continued until August 23, 2016, at 9:15 a.m.

Dated:  May 20, 2016                                        /s/ John A. Mendez
                                                                          Hon. John A. Mendez
                                                                          United States District Court Judge