HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-067-JAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| vs. | Judge: Hon. Carolyn K. Delaney |
| OSVALDO HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Osvaldo Hernandez, through their respective attorneys, that release condition #15 (a curfew condition) imposed on Mr. Hernandez on March 18, 2016 (Dckt. 29), will be modified to extend his curfew on two occasions, as follows:

*On June 18, 2016, Mr. Hernandez's curfew will be extended until 1:00 a.m.*
*On August 13, 2016, Mr. Hernandez's curfew will be extended until midnight.*

All other conditions at Dckt. 29 shall remain in force. Release condition #15 will remain in force except for the extension of curfew on June 18, 2016 and August 13, 2016, as noted above.

///

///

///

Stipulation to Modify Pretrial Conditions of Release    -1-    *U.S. v HERNANDEZ, 16-cr-67*

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  June 2, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Noa Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: June 2, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Ross Naughton*<br>ROSS NAUGHTON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #15 imposed on Mr. Hernandez on March 18, 2016 (Dckt. 29), will be modified to extend his curfew on two occasions, as follows:

*On June 18, 2016, Mr. Hernandez's curfew will be extended until 1:00 a.m.*

*On August 13, 2016 Mr. Hernandez's curfew will be extended until midnight.*

All conditions at Dckt. 29 shall remain in force with the exception of the extension of curfew (release condition #15) on dates June 18, 2016 and August 13, 2016, as noted above.

Dated:  June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE