PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00067-JAM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER REGARDING DISCOVERY |
| v. | |
| OSVALDO HERNANDEZ, HECTOR GONZALEZ, CHRISTOPHER MCCURIN, NOE BAEZA-BRAVO, and VIDAL GONZALEZ, | DATE: n/a TIME: n/a COURT: Hon. John A. Mendez |
| Defendants. | |

WHEREAS, the discovery in this case is voluminous and contains a significant amount of personal information, including but not limited to residential addresses, Social Security numbers, dates of birth, driver's license numbers, and telephone numbers ("the Protected Information"); and

WHEREAS, the parties desire to avoid both the need for large-scale redactions as well as the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendants OSVALDO HERNANDEZ, HECTOR GONZALEZ, CHRISTOPHER MCCURIN, NOE BAEZA-BRAVO, and VIDAL GONZALEZ, and Plaintiff, the United States of America, by and through their attorneys of record ("Defense Counsel"), hereby agree

and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case ("the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendants to view unredacted documents in the presence of his/her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendants to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

[*End of page.*]

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 8, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ROSS K. NAUGHTON<br>ROSS K. NAUGHTON<br>Assistant United States Attorney |
| Dated:  September 20, 2016 | /s/ NOA OREN<br>NOA OREN<br>Counsel for Defendant<br>OSVALDO HERNANDEZ |
| Dated:  September 20, 2016 | /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>HECTOR GONZALEZ |
| Dated:  September 20, 2016 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>CHRISTOPHER MCCURIN |
| Dated:  September 20, 2016 | /s/ PATRICK HANLY<br>PATRICK HANLY<br>Counsel for Defendant<br>NOE BAEZA-BRAVO |
| Dated:  September 20, 2016 | /s/ CLEMENTE JIMÉNEZ<br>CLEMENTE JIMÉNEZ<br>Counsel for Defendant<br>VIDAL GONZALEZ |

IT IS SO FOUND AND ORDERED this 20th day of September, 2016.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE