HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-067-JAM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| vs. | |
| OSVALDO HERNANDEZ, | Judge: Hon. Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Osvaldo Hernandez, through their respective attorneys, that release condition #15 imposed on Mr. Hernandez on March 18, 2016 (Dckt. 29), will be modified as follows:

> **15. CURFEW: You shall remain inside your residence every day from 11:30 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

Pretrial services has confirmed Mr. Hernandez's new work schedule and approves this modification of curfew to accommodate Mr. Hernandez's new work schedule.  All other conditions shall remain in force.  A copy of Mr. Hernandez's conditions with the requested modification is attached as *Exhibit A*.

                Respectfully submitted,

| | |
|---|---|
| Dated:  October 4, 2016 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: October 4, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Ross Naughton*<br>ROSS NAUGHTON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #15 imposed on Mr. Hernandez on March 18, 2016 (Dckt. 29), will be modified as follows:

> *15. CURFEW: You shall remain inside your residence every day from 11:30 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

All other conditions shall remain in force.

Dated:  October 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE