HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00067-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| OSVALDO HERNANDEZ et al, | Date: November 15, 2016 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Ross Naughton Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Osvaldo Hernandez, Olaf Hedberg, attorney for Hector Gonzalez, Shari Rusk, attorney for Christopher McCurin, Patrick Keith Hanly, attorney for Noe Baeza-Bravo, and Clemente Jimenez, attorney for Vidal Gonzalez, that the status conference, currently scheduled for November 15, 2016, be continued to February 7, 2017 at 9:15 a.m.

Defense counsel is still reviewing discovery, including video and audio files. Defense counsel require additional time to review discovery with the defendants and pursue investigations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 7, 2017;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 10, 2016      HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Osvaldo Hernandez

Dated: November 10, 2016      */s/ Olaf W. Hedberg*
OLAF W. HEDBERG
Attorney for Hector Gonzalez

Dated: November 10, 2016      */s/ Shari Gail Rusk*
SHARI GAIL RUSK
Attorney for Christopher McCurin

Dated: November 10, 2016      */s/ Patrick K. Hanly*
PATRICK K. HANLY
Attorney for Noe Baeza-Bravo

Dated: November 10, 2016      */s/ Clemente Jimenez*
CLEMENTE JIMENEZ
Attorney for Vidal Gonzalez

Dated: November 10, 2016      PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Ross Naughton*
ROSS NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 7, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 15, 2016 status conference  shall be continued until February 7, 2017, at 9:15 a.m.

Dated:  November 10, 2016           /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge