HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OSVALDO HERNANDEZ et al, <br><br> Defendant. | Case No. 2:16-cr-00067-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: April 18, 2017 <br> Time: 9:15 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through, Ross Naughton Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Osvaldo Hernandez, Olaf Hedberg, attorney for Hector Gonzalez, Shari Rusk, attorney for Christopher McCurin, Dina Santos, attorney for Noe Baeza-Bravo, and Clemente Jimenez, attorney for Vidal Gonzalez, that the status conference, currently scheduled for April 18, 2017, be continued to June 27, 2017 at 9:15 a.m.

Defense counsel is still reviewing discovery, including video and audio files. Defense counsel require additional time to review discovery with the defendants and pursue investigations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 27, 2017; pursuant to 18 U.S.C. §3161

Stipulation to Continue Status Conference and Exclude Time

-1-

*U.S. v Hernandez, 16-cr-67-JAM*

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| Dated: April 14, 2017 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Osvaldo Hernandez |
| Dated: April 14, 2017 | */s/ Olaf William Hedberg*<br>OLAF WILLIAM HEDBERG<br>Attorney for Hector Gonzalez |
| Dated: April 14, 2017 | */s/ Shari Gail Rusk*<br>SHARI GAIL RUSK<br>Attorney for Christopher McCurin |
| Dated: April 14, 2017 | */s/ Dina Lee Santos*<br>DINA Lee SANTOS<br>Attorney for Noe Baeza-Bravo |
| Dated: April 14, 2017 | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ<br>Attorney for Vidal Gonzalez |
| Dated: April 14, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ Ross Naughton*<br>ROSS NAUGHTON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 27, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the April 18, 2017 status conference shall be continued until June 27, 2017, at 9:15 a.m.**

Dated:  April 14, 2017                         /s/ John A. Mendez
                                               Hon. John A. Mendez
                                               United States District Court Judge