1

HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:16-cr-00067-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. ) | **EXCLUDE TIME** |
| ) | |
| OSVALDO HERNANDEZ et al, ) | Date: July 25, 2017 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | |
| ) | |

10

11

12

13

14

15

16          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17  Attorney, through, Ross Naughton Assistant United States Attorney, attorneys for Plaintiff,

18  Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney

19  for  Osvaldo Hernandez, Olaf Hedberg, attorney for Hector Gonzalez, Dina Santos, attorney for

20  Noe Baeza-Bravo, and Clemente Jimenez, attorney for Vidal Gonzalez, that the status

21  conference, currently scheduled for July 25, 2017, be continued to August 29, 2017 at 9:15 a.m.

22          Defense counsel is still reviewing discovery, including video and audio files. Defense

23  counsel require additional time to review discovery with the defendants and pursue

24  investigations.

25          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded of this order's date through and including August 29, 2017;  pursuant to 18 U.S.C.

27  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28

Stipulation to Continue Status Conference and          -1-                    *U.S. v Hernandez, 16-cr-67-JAM*
Exclude Time

1   based upon continuity of counsel and defense preparation.

2         Counsel and the defendants also agree that the ends of justice served by the Court

3   granting this continuance outweigh the best interests of the public and the defendant in a speedy

4   trial.

5                             Respectfully submitted,
    Dated: July 20, 2017                 HEATHER E. WILLIAMS

6                             Federal Defender

7                             */s/ Noa E. Oren*

8                             NOA E. OREN
                          Assistant Federal Defender

9                             Attorney for Osvaldo Hernandez

10   Dated: July 20, 2017                 */s/ Olaf William Hedberg*
                          OLAF WILLIAM HEDBERG

11                             Attorney for Hector Gonzalez

12   Dated: July 20, 2017                 */s/ Dina Lee Santos*
                          DINA Lee SANTOS

13                             Attorney for Noe Baeza-Bravo

14

15   Dated: July 20, 2017                 */s/ Clemente Jimenez*
                          CLEMENTE JIMENEZ

16                             Attorney for Vidal Gonzalez

17

18   Dated: July 20, 2017                 PHILLIP A. TALBERT
                          United States Attorney

19                             */s/ Ross Naughton*

20                             ROSS NAUGHTON
                          Assistant U.S. Attorney

21                             Attorney for Plaintiff

22

23

24

25

26

27

28

1

## ORDER

2    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4 its order. The Court specifically finds the failure to grant a continuance in this case would deny

5 counsel reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence.  The Court finds the ends of justice are served by granting the requested

7 continuance and outweigh the best interests of the public and defendant in a speedy trial.

8    The Court orders the time from the date the parties stipulated, up to and including August

9 29, 2017, shall be excluded from computation of time within which the trial of this case must be

10 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11 [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12 **ordered the July 25, 2017 status conference shall be continued until August 29, 2017, at**

13 **9:15 a.m.**

14 Dated:  July 21, 2017                                   /s/ John A. Mendez_____

15                                                                    Hon. John A. Mendez
                                                                       United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28