CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Vidal Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSVALDO HERNANDEZ, et al.,<br><br>Defendants. | Case No.: 16-cr-067 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: November 28, 2017<br>TIME: 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Richard Bender, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Vidal Gonzalez; Noa Oren, Counsel for Osvaldo Hernandez; Olaf Hedberg, Counsel for Hector Gonzalez; and Dina Santos, Counsel for Noe Baeza-Bravo, that the status conference scheduled for November 28, 2017, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on January 9, 2018, at 9:15 a.m., for further status conference.

The parties require additional time for ongoing settlement discussions, to conduct further investigation, and to further confer with their respective clients. Furthermore, counsel for Hector Gonzalez, Mr. Hedberg, is in an ongoing state criminal trial and will be unavailable for the presently scheduled status conference.

- 1 -

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED that time within which the trial of this case must |
| 2 | be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded |
| 3 | from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T- |
| 4 | 4), and that the ends of justice served in granting the continuance and allowing the |
| 5 | defendant further time to prepare outweigh the best interests of the public and the |
| 6 | defendant to a speedy trial. |

DATED: November 27, 2017

/S/ Richard Bender
RICHARD BENDER
Assistant United States Attorney
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Vidal Gonzalez

/S/ Noa Oren
NOA OREN
Attorney for Osvaldo Hernandez

/S/ Olaf Hedberg
OLAF HEDBERG
Attorney for Hector Gonzalez

/S/ Dina Santos
DINA SANTOS
Attorney for Noe Baeza-Bravo

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 28, 2017, at 9:15 a.m., be vacated and the matter continued to

January 9, 2018, at 9:15 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 28th day of November 2017

                                       **JOHN A. MENDEZ**
                                       HON. John A. Mendez
                                       United States District Judge