1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0067 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SCHEDULE FOR SENTENCING |
| v. | |
| OSVALDO HERNANDEZ, | |
| Defendants. | |

Sentencing is presently scheduled for Tuesday, February 26, 2019. However, the Presentence Report has not yet been prepared and additional time will be needed to prepare for sentencing. Counsel and the Probation Officer suggest the following dates:

| | |
|---|---|
| Draft PSR issued: | March 5, 2019 |
| Written informal objections: | March 19, 2019 |
| Final PSR issued: | March 26, 2019 |
| Formal Objections to PSR: | April 2, 2019 |
| Response or statement of non-opposition: | April 9, 2019 |
| Judgment and Sentence: | April 16, 2019 at 9:15 a.m. |

//

//

//

//

STIPULATION CONTINUING SENTENCING SCHEDULE

1

| | | |
|---|---|---|
| Dated: February 20, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ RICHARD J. BENDER<br>RICHARD J. BENDER<br>Assistant United States Attorney |
| Dated: February 20, 2019 | | /s/ Noa Oren   (by RJB)<br>NOA OREN<br>Attorney for Osvaldo Hernandez |

It is so ORDERED,

this 21st day of February, 2019             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             U.S. District Court Judge