| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | RICHARD J. BENDER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSVALDO HERNANDEZ,<br><br>Defendant. | CASE NO. 2:16-CR-0067-JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

The parties, through their respective counsel, hereby request that the sentencing of the above defendant presently scheduled for April 16, 2019, be continued to May 28, 2019 at 9:15 a.m. Government counsel needs additional time to respond to the defendant's sentencing memorandum and, since new government counsel will be necessary because of the retirement of present counsel, to become familiar with the case.

Dated: April 11, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

STIPULATION CONTINUING SENTENCING    1

[Stipulation Continuing Sentencing, page two]

Dated: April 11, 2019                          /s/ NOA OREN (by RJB)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
                                               NOA OREN
                                               Counsel for Defendant
                                               OSVALDO HERNANDEZ

It is so ORDERED,

this 11th day of April, 2019

                                                /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                U.S. District Court Judge