HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSVALDO HERNANDEZ et al,<br><br>Defendant. | Case No. 2:16-cr-00067-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE**<br><br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Osvaldo Hernandez, that the self-surrender date set for August 12, 2019 be continued to September 12, 2019 by 2:00 p.m. The defendant is to self-surrender to FPC Sheridan located at 27072 Ballston Road, Sheridan, Oregon, for a 36-month sentence.

Respectfully submitted,

Dated: July 24, 2019        HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Noa E. Oren*
                            NOA E. OREN
                            Assistant Federal Defender
                            Attorney for Osvaldo Hernandez

/ / /
/ / /

| | |
|---|---|
| Dated: July 24, 2019 | MCGREGOR SCOTT<br>United States Attorney<br><br>*/s/ Cameron Desmond*<br>CAMERON DESMOND<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS SO ORDERED.

Dated: July 24, 2019            /s/ John A. Mendez_____
                                              Hon. John A. Mendez
                                              United States District Court Judge