McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR GONZALEZ, and<br>OSVALDO HERNANDEZ,<br><br>　　　　　Defendants. | 2:16-CR-00067-JAM<br><br>FINAL ORDER OF FORFEITURE |

On October 26, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between the United States of America and defendants Hector Gonzalez and Osvaldo Hernandez forfeiting to the United States the following property:

　　a.　AR-15 style unserialized assault rifle, with magazine, no serial no.,
　　b.　a .38 caliber Smith & Wesson revolver, serial number BMB0831, with ammunition,
　　c.　silencer,
　　d.　body armor,
　　e.　fireworks,
　　f.　HY Hunter Firearms Western Six Shooter .22 caliber revolver, serial number 38424,
　　g.　Approximately $5,292.00 in U.S. Currency, plus any accrued interest.

Beginning on December 8, 2018, for at least 30 consecutive days, the United States published

1

notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a. Paul Robert Hammond: A notice letter was sent via certified mail to Paul Robert Hammond at 2254 University Ave, Unit 19, Sacramento, CA 95825-7082 on November 29, 2018. The envelope was returned on December 10, 2018, as "return to sender, not deliverable as addressed, unable to forward". No other current address was located for Paul Robert Hammond.

    b. Treasa Diane Murfield: A notice letter was sent via certified mail to Treasa Diane Murfield at 2062 D Knapp Rd, Mount Vernon, WA 98273 on November 29, 2018. The envelope was returned on December 11, 2018, as "return to sender, insufficient address, unable to forward".

    c. Treasa D. Oneill: A notice letter was sent via certified mail to Treasa D. Oneill (formerly Treasa D. Muxfeldt) at P.O. Box 66, Mullan, ID 83846 on or about December 14, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Treasa Oneill on December 26, 2018.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), including all right, title, and interest of Hector Gonzalez, Osvaldo Hernandez, Paul Robert Hammond, Treasa Diane Murfield, and Treasa D. Oneill, whose rights to the above-listed property are hereby extinguished. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 7th day of August, 2019.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge