HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OSVALDO HERNANDEZ et al, <br><br> Defendant. | Case No. 2:16-cr-00067-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE** <br><br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Osvaldo Hernandez, that the self-surrender date set for September 12, 2019 be continued to November 25, 2019 by 2:00 p.m. The defendant is to self-surrender to FPC Sheridan located at 27072 Ballston Road, Sheridan, Oregon, for a 36-month sentence.

Respectfully submitted,

Dated: September 5, 2019      HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Noa E. Oren*
                              NOA E. OREN
                              Assistant Federal Defender
                              Attorney for Osvaldo Hernandez

/ / /
/ / /

Stipulation to Extend Self-Surrender Date      -1-      *U.S. v Hernandez, 16-cr-67-JAM*

Dated: September 5, 2019
MCGREGOR SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: September 5, 2019
/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge